# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEBRASKA

| | |
|---|---|
| GARY W. SEWELL and JUDITH A. SEWELL, Individually, ) ) ) Plaintiffs, ) ) vs. ) ) SHEET METAL WORKERS' ) NATIONAL PENSION FUND; and ) BOARD OF TRUSTEES OF THE ) SHEET METAL WORKERS' ) NATIONAL PENSION FUND, ) ) Defendants. ) | Case No. 8:16-cv-117 |

## ORDER

Upon consideration of the Parties' Joint Stipulation of Dismissal under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby

ORDERED, that the Parties' Joint Stipulation of Dismissal shall be and is hereby GRANTED; and it is further

ORDERED, that the above-referenced case shall be and is hereby DISMISSED WITH PREJUDICE.

SO ORDERED.

Dated this 18th day of October, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge